# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00142-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    CUATEMOC ARIAS-RODRIGUEZ,
    a/k/a Jesus Leyba-Ramirez,
    a/k/a Jorge Rios Santana,

       Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that this matter is set for a status/scheduling hearing regarding Defendant Arias-Rodriguez on **Wednesday, April 21, 2010 at 10:15 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: April 14, 2010