IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00142-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CUATEMOC ARIAS-RODRIGUEZ,
      a/k/a Jesus Leyba-Ramirez,
      a/k/a Jorge Rios Santana,

       Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     A sentencing hearing regarding Defendant Arias-Rodriguez is set **Wednesday, July 7, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: May 5, 2010