**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00142-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CUATEMOC ARIAS-RODRIGUEZ,
       a/k/a Jesus Leyba-Ramirez,
       a/k/a Jorge Rios Santana,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing regarding Defendant Arias-Rodriguez is continued to **Thursday, July 22, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

     Defendant has **up to and including July 14, 2010** to file a motion for a variant sentence. Government and Probation have **up to and including July 21, 2010** to respond.

Dated: July 9, 2010